BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff JOE MEDINA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE MEDINA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>        Defendant. | No.  1:09-CV-00055 GSA<br><br>STIPULATION TO DISMISSAL |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

| | | |
|---|---|---|
| 1 | DATED: July 2, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for JOE MEDINA |

DATED:  July 7, 2009         LAWRENCE G. BROWN
                             Acting United States Attorney

                                  */S/ -Sarah Ryan
                             _____
                             SARAH RYAN
                             SPECIAL ASSISTANT AUSA
                             Attorney for Defendant

[*By via telephone authorization by Leo Montenegro, SAUSA for Sarah Ryan email authorization on 7/7/09]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE:  July 7, 2009.

      /s/ Gary S. Austin
THE HONORABLE GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE